[No. 58204-6-I.   Division One.   November 26, 2007.]

MARK WEINBERG, *Appellant*, v. GEORGE BROOKINGS, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-2-00505-0, Steven J. Mura, J., entered April 14, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58397-2-I.   Division One.   November 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMARA TAGGART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-03150-4, Michael S. Spearman, J., entered June 1, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58635-1-I.   Division One.   November 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY DIXSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02719-3, Andrea A. Darvas, J., entered July 10, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58778-1-I.   Division One.   November 26, 2007.]

SHARON BABCOCK ET AL., *Appellants*, v. ST. JOSEPH'S HOSPITAL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-02718-1, Ira Uhrig, J., entered June 5, 2006. *Affirmed* by unpublished per curiam opinion.